**CT Corporation**

**Service of Process Transmittal**
03/16/2017
CT Log Number 530871830

TO: Michael Harper
Radiant Logistics, Inc.
405 114th Ave SE, # 3
Bellevue, WA 98004-6475

RE: **Process Served in Illinois**

FOR: AIRGROUP CORPORATION (Former Name) (Domestic State: WA)
Radiant Global Logistics, Inc. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ABT ELECTRONICS, INC., Pltf. vs. AIRGROUP CORPORATION, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summonses, Attachment(s), Complaint, Affidavit |
| **COURT/AGENCY:** | Cook County Circuit Court - County Department - Law Division, IL<br>Case # 2017L002430 |
| **NATURE OF ACTION:** | Breach of contract - Defendant has breached the terms of contract entered with the plaintiff as a result of which plaintiff suffered from loss and damages |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/16/2017 at 11:00 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | No later than 30 days |
| **ATTORNEY(S) / SENDER(S):** | Beth Shapiro<br>Abt Electronics, Inc.<br>1200 North Milwaukee Avenue<br>Glenview, IL 60025<br>(847)544-2434 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air, 1Z0399EX0122077691<br><br>Email Notification, Michael Harper mharper@radiantdelivers.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons                                                         (01/25/17) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Abt Electronics, Inc.
_____
(Name all parties)
v.

Airgroup Corporation a/k/a Radiant Global Logistics, Inc.
_____

No. _____

CT Corporation System
208 So Lasalle St
ste 814
Chicago, IL 60604

☒ SUMMONS ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room __801__, Chicago, Illinois 60602
☐ District 2 - Skokie            ☐ District 3 - Rolling Meadows       ☐ District 4 - Maywood
   5600 Old Orchard Rd.             2121 Euclid                          1500 Maybrook Dr.
   Skokie, IL 60077                 Rolling Meadows, IL 60008            Maywood, IL 60153
☐ District 5 - Bridgeview         ☐ District 6 - Markham 16501         ☐ Child Support: 50 W.
   10220 S. 76th Ave.               S. Kedzie Pkwy. Markham,             Washington, LL-01,
   Bridgeview, IL 60455             IL 60428                             Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☒ Atty. No.: 45611                             Witness: DOROTHY BROWN CLERK OF CIRCUIT COURT
Name: Beth Shapiro
Atty. for: Plaintiff                           DOROTHY BROWN, Clerk of Court
Address: 1200 North Milwaukee Avenue                                              MAR 0 8 2017
City/State/Zip Code: Glenview, IL 60025        Date of Service: _____
Telephone: 847-544-2434                        (To be inserted by officer on copy left with Defendant or other person)
Primary Email: beth.shapiro@abt.com
Secondary Email: beth.shapiro@abt.com          **Service by Facsimile Transmission will be accepted at:
Tertiary Email: _____        _____
                                               (Area Code)  (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

DIE DATE
03/31/2017

DOC.TYPE: LAW
CASE NUMBER: 17L002430
**DEFENDANT**
AIRGROUP CORP
208 S LASALLE ST
CHICAGO, IL 60604
814

SERVICE INF
RM 801 R/A (

ATTACHED

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| Summons - Alias Summons | (01/25/17) CCG N001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Abt Electronics, Inc.
_____
(Name all parties)

v.

Airgroup Corporation a/k/a Radiant Global Logistics, Inc.

No. _____

CT Corporation System
208 So LaSalle St
Ste 814
Chicago, IL 60604

☑ SUMMONS ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

- ☑ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602
- ☐ District 2 - Skokie — 5600 Old Orchard Rd. Skokie, IL 60077
- ☐ District 3 - Rolling Meadows — 2121 Euclid Rolling Meadows, IL 60008
- ☐ District 4 - Maywood — 1500 Maybrook Dr. Maywood, IL 60153
- ☐ District 5 - Bridgeview — 10220 S. 76th Ave. Bridgeview, IL 60455
- ☐ District 6 - Markham 16501 S. Kedzie Pkwy. Markham, IL 60428
- ☐ Child Support: 50 W. Washington, LL-01, Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 45611
Name: Beth Shapiro
Atty. for: Plaintiff
Address: 1200 North Milwaukee Avenue
City/State/Zip Code: Glenview, IL 60025
Telephone: 847-544-2434
Primary Email: beth.shapiro@abt.com
Secondary Email: beth.shapiro@abt.com
Tertiary Email: _____

Witness: _____

DOROTHY BROWN, Clerk of Court

MAR 08 2017

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Page 1 of 1

DIE DATE
03/31/2017

DOC.TYPE: LAW
CASE NUMBER: 17L002430
**DEFENDANT**
AIRGROUP CORP
208 S LASALLE ST
CHICAGO, IL 60604
814

SERVICE INF
RM 801 R/A (

ATTACHED

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – LAW DIVISION

ABT ELECTRONICS, INC. )
)
)
Plaintiff, )
)
v. )
)
AIRGROUP CORPORATION a/k/a )
RADIANT GLOBAL LOGISTICS, INC, )
)
)
Defendant. )

## COMPLAINT AT LAW

NOW COMES the Plaintiff, ABT ELECTRONICS, INC. ("ABT"), complaining of Defendant AIRGROUP CORPORATION A/K/A RADIANT GLOBAL LOGISTICS ("AIRGROUP"), states as follows:

### General Allegations Common to All Counts

1. Plaintiff, ABT, is an appliance and electronics retailer headquartered in the City of Glenview, County of Cook, State of Illinois.

2. Defendant AIRGROUP is a logistics company with corporate offices in the City of Bensenville, County of DuPage, State of Illinois.

3. At all times relevant, Defendant AIRGROUP was performing logistics services for ABT, would pick up freight from ABT's headquarters and deliver the freight to customers throughout the United States.

4. On April 20, 2015, AIRGROUP issued a Tariff Rate Agreement to ABT, setting forth a delivery commitment of six days, wherein they would deliver freight to customers within six days of ABT's tender of the package to AIRGROUP. (attached as Exhibit 1).

5. At all times relevant, ABT and AIRGROUP operated under the delivery commitment terms of the Tariff Rate Agreement.

6. That from October 31, 2016 to December 8, 2016, ABT was invoiced for approximately 2,750 shipments with AIRGROUP. Of those 2,570 shipments, 2,185 shipments had delivery times that exceeded ten days, sometimes taking up to 70 days to reach customers.

7. That during times relevant, ABT received over 350 customer complaint telephone calls, hundreds of complaint emails, numerous negative reviews on internet sales sites and numerous negative reviews on various social media sites, as a result of AIRGROUP's failure to timely deliver freight to ABT customers.

8. That when Defendant AIRGROUP was contacted by ABT and by ABT customers regarding the status of deliveries, AIRGROUP misrepresented the status of deliveries, transit times, and did not provide valid tracking numbers.

## COUNT I – BREACH OF CONTRACT

9. Plaintiff re-states the allegations set forth in paragraphs 1-8 as if fully restated herein.

10. That AIRGOUP's failure to deliver freight within the time periods specified in the Tariff Rate Agreement constituted a breach of contract.

11. That at all times relevant, ABT performed its obligations under the Tariff Rate Agreement.

12. That Defendant's breach of contract, misrepresentations and deceptive conduct proximately caused ABT to suffer actual damages, including, but not limited to economic harm, lost profits and loss of reputation.

WHEREFORE, Plaintiff, ABT ELECTRONICS, INC., seeks recovery of actual and compensatory damages arising from Defendant AIRGROUP CORPORATION A/K/A RADIANT GLOBAL LOGISTICS' breach of contract; attorney's fees, expenses and costs; and for any further relief as this Court deems just and proper.

## COUNT II - NEGLIGENCE

13. Plaintiff re-states the allegations set forth in paragraphs 1-8 as if fully restated herein.

14. That Defendant owed Plaintiff a duty to use reasonable care in the handling, transport, shipping and delivery of its freight.

15. That Defendant breached said duty by committing the following acts and/or omissions:

   a. Carelessly and negligently failed to deliver the freight in a timely and workmanlike manner;

   b. Carelessly and negligently failed to properly handle the freight, causing damage to freight and delay in delivery;

   c. Carelessly and negligently failed to properly transport the freight, causing damage to freight and delay in delivery;

   d. Carelessly and negligently misrepresented status of deliveries and freight in transit to ABT employees and ABT customers; and

   e. Was otherwise careless and negligent in handling, transport, shipping and delivery of freight.

16. That Defendant's careless and negligent acts and/or omissions proximately caused ABT to suffer actual damages, including but not limited to economic harm, lost profits and loss of reputation.

WHEREFORE, Plaintiff, ABT ELECTRONICS, INC., seeks recovery of actual and compensatory damages arising from Defendant AIRGROUP CORPORATION A/K/A RADIANT GLOBAL LOGISTICS' negligence; attorney's fees, expenses and costs; and for any further relief as this Court deems just and proper.

## COUNT III – DECEPTIVE BUSINESS PRACTICES

17. Plaintiff re-states the allegations set forth in paragraphs 1-16 as if fully restated herein.

18. That when Defendant AIRGROUP was contacted by ABT and by ABT customers regarding the status of deliveries, AIRGROUP carelessly, recklessly, and/or intentionally misrepresented the status of deliveries and transit times.

19. That Airgroup willfully and intentionally attempted to prevent ABT employees from gathering information they refused to provide, by actively communicating to their agents that the agents were prohibited from communicating with ABT employees directly.

20. That Defendant, without authorization from Plaintiff, charged Plaintiff for "white glove" delivery, which included in-home installation and/or set-up and/or testing of delivered merchandise, to be performed by at least two Defendant employees.

21. That Defendant, without authorization from Plaintiff, charged Plaintiff for "white glove" delivery on over 1,000 deliveries, at a surcharge of $150 or more per delivery.

22. That on several occasions, Defendant charged Plaintiff for "white glove" delivery, but had not performed any or all of the requisite services.

23. That Defendant's conduct amounts to unfair and/or deceptive acts or practices as set forth in Section 2 of the Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2.

WHEREFORE, Plaintiff, ABT ELECTRONICS, INC., seeks recovery of actual and compensatory damages arising from Defendant AIRGROUP CORPORATION A/K/A RADIANT GLOBAL LOGISTICS' unfair and/or deceptive acts or practices; attorney's fees, expenses and costs; and for any further relief as this Court deems just and proper.

ABT ELECTRONICS, INC.,

By: _____
Beth Shapiro

Beth Shapiro
Abt Electronics, Inc.
1200 North Milwaukee Avenue
Glenview, IL 60025
(847)544-2434
beth.shapiro@abt.com
Atty No. 45611

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, SECOND DISTRICT

| | |
|---|---|
| ABT ELECTRONICS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AIRGROUP CORPORATION a/k/a | ) |
| RADIANT GLOBAL LOGISTICS, INC, | ) |
| | ) |
| Defendant. | ) |

### RULE 222(B) AFFIDAVIT

NOW COMES the Plaintiff, ABT ELECTRONICS, INC., and pursuant to Illinois Supreme Court Rule 222(b), states that the total amount of monetary damages sought in the above-entitled action does exceed FIFTY THOUSAND DOLLARS ($50,000.00).

ABT ELECTRONICS, INC.,

By: *Beth Shapiro*
Beth Shapiro

Beth Shapiro
Abt Electronics, Inc.
1200 North Milwaukee Avenue
Glenview, IL 60025
(847)544-2434
beth.shapiro@abt.com
Atty No. 45611

# EXHIBIT 1



# ABT Electronics
# Tariff Rates
# 4/20/2015

| Tariff Name | AGRP12 | |
|---|---|---|
| Effective Date | | |
| Origin Zip code | 60025 | |
| | Minimum | per pound if minimum is exceeded |
| TV's up to 55" | | $.38 lb |
| 56" – 64" | | $.38 lb |
| 65" – 70" | | $.38 lb |
| 71" and above | | $.38 lb |

| | | |
|---|---|---|
| Grills | | $.38 lb |
| Air conditioners | | $.38 lb |
| Dishwashers | | $.38 lb |
| Small refrigerators | | $.38 lb |



**AIRGROUP**
A RADIANT LOGISTICS COMPANY

Rates are based on actual weight of product; no additions will be made for weight of skid.

Per pound rate applies once the shipment exceeds the minimum charge.

Applies to all 48 continuous United States, No beyond charges will be accessed.

<u>Tariff does NOT apply to Alaska and Hawaii. They will be on a per quote basis.</u>

Return shipments to ABT Electronics are on a per quote basis. (This does not include damage returns, which will continue to be at no charge)

Attempted deliveries are a flat $35.00 per attempt; with email being sent to Rebecca to inform her of Attempt.

Delivery Commitment is 6 Business days.

White Glove is $55.00 additional charge.

If a piece count or packaging discrepancy arises, order will not be shipped until it is corrected/verified.

Fuel surcharge changes monthly on the first of each month and is based on the national fuel index.

ABT                                                             Airgroup

_____                    _____
Name                                                            Name

_____                    _____
Date                                                            Date