**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ABT ELECTRONICS, INC. | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | No. 17 CV 02801 |
| vs. | ) | |
| | ) | |
| AIRGROUP CORPORATION a/k/a | ) | |
| RADIANT GLOBAL LOGISTICS, INC. | ) | |
| | ) | |
|    Defendant. | ) | |

**JOINT INITIAL STATUS REPORT**

NOW COME Plaintiff ABT ELECTRONICS, INC. and Defendants AIRGROUP CORPORATION a/k/a RADIANT GLOBAL LOGISTICS, INC., by and through their attorneys Robert Reeb and Michael Reed, hereby submit their Joint Initial Status Report:

A. **Attorneys of Record**:

Plaintiff Abt Electronics, Inc.

Beth Shapiro
1200 North Milwaukee Avenue
Glenview, IL 60025
Ph: 847-544-2434
beth.shapiro@abt.com

Defendant Airgroup Corporation a/k/a Radiant Global Logistics, Inc.

Marwedel, Minichello & Reeb, P.C.
Robert L. Reeb
Michael D. Reed
303 W. Madison, Suite 1100
Chicago, IL 60606
Ph. 312-902-1600
mreed@mmr-law.com
rreeb@mmr-law.com

1

B. **Basis for Federal Jurisdiction:**
The basis for Federal Jurisdiction is both subject matter and diversity jurisdiction. Plaintiff is bringing a claim under the Carmack Amendment (49 U.S.C. § 14706). The amount in controversy is over $75,000 and plaintiff Abt is headquartered in Glenview, Illinois while Radiant Logistics is headquartered in Bellevue, Washington.

C. **Nature of Claims Asserted:**

Plaintiff Abt alleges that they incurred damages due to defendant Airgroup's significant delay and damage to cargo under the Carmack Amendment for a period of time relating to the 2016 holiday season. Abt also alleges fraud and violation of the Illinois Consumer Fraud and Deceptive Business Practices Act for fraudulent invoicing, as after completion of deliveries, defendant Airgroup invoiced plaintiff Abt for Enhanced Delivery which was never agreed upon and not performed.

AirGroup denies that ABT is entitled to the damages alleged, and AirGroup will be moving to dismiss ABT's claims for fraud and violations of the Illinois Consumer Fraud and Deceptive Practices Act.

AirGroup will be filing a counterclaim against ABT in an amount in excess of $500,000 based on ABT's failure to pay all freight invoice charges for the period of October, 2016 to January, 2017, which encompassed over 2,000 ABT shipments performed by AirGroup

D. **Service of Parties:**

All parties have been served and filed an appearance in this matter.

E. **Principal Legal Issues:**

1. The nature and scope of damages which can be awarded under the Carmack Amendment.

2. Preemption of Counts II (fraud) and Count III (Illinois Fair Trade and Deceptive Practices Act) of Plaintiff's Amended Complaint under Carmack. AirGroup will be moving to dismiss those counts.

3. A key issue in Plaintiff's Amended Complaint and in AirGroup's future counterclaim is whether the tariff entered into between the parties in April, 2015, governs the dispute, or whether the tariff entered into between the parties in September, 2016, governs the dispute, and also the applicability of AirGroup's standard Terms and Conditions of Contract.

4. Whether ABT as a shipper can refuse to for all freight charges from AirGroup (totaling over $500,000) for over 2,000 shipments from October, 2016, to January, 2017, due to alleged delay or damage for certain shipments absent an agreement to waive the Carmack Amendment.

F. **Principal Factual Issues:**

1. Whether defendant Airgroup failed to deliver goods with reasonable dispatch, and what the actual cause of the alleged damage and delay to cargo was caused by, including if the alleged damage and/or delay was caused by the shipper and/or the consignee

2. The nature of the billing practices and prior course of dealing between plaintiff Abt and defendant Airgroup for Enhanced/White Glove delivery services and whether there was agreement to pay Enhanced/White Glove delivery services by ABT in addition to the standard freight charges of AirGroup.

3. Whether Airgroup actually performed the Enhanced/White Glovedelivery services for which it invoiced Abt

4. The prior relationship and standard billing practices between ABT and AirGroup, including whether or not ABT previously paid White Glove/Enhanced delivery charges in addition to the freight charges prior to the 2016 holiday season.

G. **Jury Trial Demand:**

Plaintiff has demanded a jury trial.

H. **Discovery:**
No discovery has been conducted to date. The parties will likely conduct written and oral discovery on factual and legal issues outlined above.

Proposed written discovery completion date of October 24, 2017 and discovery completion date of July 31, 2018. ABT will disclose its experts by May 1, 2018, and AirGroup will disclose its rebuttal expert by June 15, 2018.

I. **Trial:**

Parties will be ready for trial by October 2018 and trial is expected to last approximately a week.

J. **Magistrate Judge:**

Parties do not consent to proceed in front of a Magistrate Judge.

K. **Settlement Discussions:**

Settlement discussions have occurred.

L.  **Settlement Conference:**

Parties do not feel a settlement conference would be fruitful at this time as the parties are too far apart. The parties also do not feel that a settlement conference would be productive at this time because AirGroup is moving to dismiss Counts II and III of Plaintiff's Amended Complaint.

Dated: June 6, 2017

>Respectfully Submitted,
>
>/s/ Beth Shapiro
>Attorney for Plaintiff Abt Electronics, Inc.
>Abt Electronics, Inc.
>1200 N. Milwaukee Ave.
>Glenview, IL 60025
>Atty No. 6296524
>
>/s/ Robert L. Reeb
>Attorney for Defendant Airgroup Corporation a/k/a
>Radiant Global Logistics, Inc.
>Marwedel, Minichello & Reeb, P.C.
>303 W. Madison, Suite 1100
>Chicago, IL 60606
>IL ARDC # 6198415

**CERTIFICATE OF SERVICE**

I, Robert L. Reeb, an attorney, certify that on June 6, 2017, I served a copy of the foregoing document on each party of record registered with the CM/ECF system by electronically filing it with the Clerk of the United States District Court for the Northern District of Illinois, who will send notification of such filing to each of them.

>/s/ Robert L. Reeb